# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2163
_____

Antonio Jose Cooks

*Plaintiff - Appellant*

v.

Dean Naylor; Tanya Bishop; Ryan Dreyer; Laekkon McDaniel; Bryce Perry;
Darron Ritchie; Chris Witt; Michael Wade

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: December 30, 2020
Filed: January 5, 2021
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Antonio Cooks appeals the district court's[1] adverse grant of summary judgment in this action under, inter alia, 42 U.S.C. § 1983. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Whitson v. Stone Cty. Jail, 602 F.3d 920, 923 (8th Cir. 2010) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.